No. 392. AMERICAN RAILWAY EXPRESS COMPANY *v.* CLINTON HARRIS. October 11, 1926. Petition for writ of certiorari to the Court of Appeals of the District of Co-

lumbia denied. *Messrs. Benjamin S. Minor, H. Prescott Gatley, Hugh. B. Rowland,* and *Arthur P. Drury* for petitioner. No appearance for respondent.